# United States Court of Appeals
## For the First Circuit

No. 22-1488

VALERIE SULLIVAN,

Plaintiff, Appellant,

v.

ETECTRX, INC., a Delaware Corporation; JEFFREY P. SPAFFORD;
EDWARD H. HENSLEY; RICHARD J. KRUZYNSKI; ETRX HOLDINGS, INC.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on May 11, 2023, is amended as follows:

On page 13, line 3, "Cf. Id." is replaced with "Cf. id."